UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKIE SANDERS MUNOZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-3522 (UNA) |
| ) | |
| ) | |
| AL AI PROBATE COURT LAWYER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Plaintiff Frankie Sanders Munoz, appearing *pro se* and requesting leave to proceed *in forma pauperis* (IFP), sues a "Probate Court Lawyer," Compl. Caption, who may have represented Munoz in the Probate Division of the Superior Court of the District of Columbia. In a disjointed pleading, Munoz alleges that "people" are "holding my" billion-dollar inheritance "with lawyer only working through the courts" and not providing information. Compl., ECF No. 1 at 4-5. For the following reasons, the Court grants Munoz's IFP motion and dismisses the complaint.

The subject-matter jurisdiction of the federal district courts is limited. Original jurisdiction exists when a "federal question" is presented, 28 U.S.C. § 1331, or the parties are of diverse citizenship and the amount in controversy exceeds "the sum or value of $75,000," *id*. § 1332(a). "For jurisdiction to exist under 28 U.S.C. § 1332, there must be complete diversity between the parties, which is to say that the plaintiff may not be a citizen of the same state as any defendant." *Bush v. Butler*, 521 F. Supp. 2d 63, 71 (D.D.C. 2007) (citing *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373-74 (1978)). It is a "well-established rule" that for an action to proceed in diversity, the citizenship requirement must be "assessed at the time the suit is filed." *Freeport-

*McMoRan, Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991). A party seeking relief in the district court must plead facts that bring the suit within the court's jurisdiction, Fed. R. Civ. P. 8(a), or suffer dismissal of the case, Fed. R. Civ. P. 12(h)(3).

    Here, Munoz has not pleaded facts about each party's citizenship and the requisite amount in controversy to proceed under the diversity statute, and the complaint does not present a question "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Consequently, this case will be dismissed by separate order.

Date: March 25, 2025

/s/
CHRISTOPHER R. COOPER
United States District Judge

2